UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:                    Docket No.:  19-cr-390

United States
      (Plaintiff)                                    Judge:  Susan D. Wigenton, USDJ

      v.                                            **Notice of Appeal to the**
Thomas Padovano                                    **U.S. Court of Appeals for the**
      (Defendant)                                   **Third Circuit**

Notice is hereby given that  Thomas Padovano
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[X] Judgment, [X] Order, [X] Other  Sentence and all other available issues.
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

June 2, 2026
(Date)

Dated: June, 4, 2026                               Thomas Padovano
Appellant

_____
Street

_____
City, State, Zip

_____
Telephone